IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON

**DAVID C. PORTER,**

    **Plaintiff,**

v.                                            **CASE NO. 2:08-cv-00296**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

    **Defendant.**

## J U D G M E N T   O R D E R

In accordance with the MEMORANDUM OPINION entered this day, it is hereby **ORDERED** as follows:

(1) Plaintiff's Motion for Judgment on the Pleadings is **GRANTED** to the extent Claimant seeks remand and otherwise is **DENIED**; and

(2) The final decision of the Commissioner is **REVERSED**; and

(3) This matter is **REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Memorandum Opinion entered this day; and

(4) This action is **DISMISSED** from the docket of this court.

The Clerk is directed to transmit copies of this Order to all counsel of record.

    **ENTER:** August 6, 2009

                                                                  *Mary E. Stanley*
                                                                  Mary E. Stanley
                                                                  United States Magistrate Judge